LAW OFFICES OF

# JACEK W. LENTZ

| | | |
|---|---|---|
| jwl@lentzlawfirm.com | 1055 WILSHIRE BOULEVARD | Telephone 213.250.9200 |
| www.lentzlawfirm.com | SUITE 1996 | Facsimile 213.250.9161 |
| | LOS ANGELES, CALIFORNIA 90017 | |

November 7, 2014

**VIA PACER ELECTRONIC FILING SYSTEM**

Hon. Lawrence E. Kahn
U.S. Senior District Court Judge
James T. Foley U.S. Courthouse
445 Broadway, Room 424
Albany, NY 12207-2926

      **Re:  5:14-CV-723 [TJM/ATB] [Claimants:  S. Lenter, D. Lenter, J. Alroy]**

Dear Judge Kahn:

I am the counsel of record, together with local co-counsel Mr. J. Scott Porter, for Sheldon Lenter, Daniel Lenter and Johnny Alroy who are claimants in the above-referenced case.

On or about October 15, 2014, the U.S. Government filed an Amended Complaint.  As a result, the parties conferred regarding a new deadline for the Claimants' Answers or an alternative responsive pleading as permitted under the law.  The Claimants asked the Government, and Ms. Gwendolyn Carroll subsequently has agreed on behalf of the Government, to stipulate to November 24, 2014, as the new deadline.

The Claimants are kindly asking the Court to accept the parties' stipulated date of November 24, 2014, as the filing deadline.

                Thank you,

                /s/

                Jacek W. Lentz
                Attorney at Law

JWL/gg